WASHINGTON BELT et al., Appellants, *v.* THE AMERICAN CENTRAL INSURANCE COMPANY, Respondent.

*Belt v. American Central Ins. Co.*, 29 App. Div. 546, affirmed.
(Argued April 23, 1900; decided May 8, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1898, upon an order affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*William H. Hamilton* for appellants

*Michael H. Cardozo* for respondent.

Judgment and order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.